UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECTV, Inc. | ) Case No.: |
| Plaintiff, | ) |
| | ) **CORPORATE DISCLOSURE** |
| vs. | ) |
| Roberto Perez | ) |
| Defendant | ) |

**Pursuant to LR, D. Mass 7.3** the corporate Plaintiff in the above referenced action, **DIRECTV, Inc.**, now makes this disclosure:

1. **DIRECTV, Inc.** (a California Corp.) is a wholly owned subsidiary of DIRECTV Enterprises, LLC (a Delaware Limited Liability Company);

2. **DIRECTV Enterprises** is a wholly owned subsidiary of DIRECTV Holdings, LLC (a Delaware LLC);

3. **DIRECTV Holdings, LLC** is a wholly owned subsidiary of The DIRECTV Group (a Delaware Corp.);

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By Its Attorney,

_____
Date

John M. McLaughlin (BBO: 556328)
Green, Miles, Lipton & Fitz-Gibbon
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
(413) 586-0865
Fax (413) 584-6278
jmclaughlin@greenmiles.com

Page   1