AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Massachusetts

FILED
CLERKS OFFICE
2005 FEB -3 P 12: 27
U.S. DISTRICT COURT
DISTRICT OF MASS.

DIRECTV, Inc.

V.

Roberto Perez

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05 10098 DPW**

TO: (Name and address of Defendant)

Roberto Perez
132 Harrison Street
1R
Fall River, MA 02723

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK: TONY ANASTAS

DATE: 1-14-05

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**Bristol County Deputy Sheriffs' Office • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631**
*Bristol, ss.*

January 27, 2005

I hereby certify and return that on 1/26/2005 at 01:05 pm I served a true and attested copy of the Summons and Complaint, CA Cover Sheet, Case Cover Sheet, Corporate Disclosure in this action in the following manner: To wit, by leaving at the last and usual place of abode of Roberto Perez, 132 Harrison Street, Apt. #1R Fall River, MA, and by mailing first class mail to the above-mentioned address on 1/26/2005. Copies ($4.00), Conveyance ($1.50), Travel ($22.40), Basic Service Fee ($20.00), Postage and Handling ($3.25), Attest Fee ($10.00) Total Charges $61.15

                                                              _____
                                                                    Deputy Sheriff

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.