FILED
...S OFFICE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS** ... MAY 23  A 10:00

Case No.: **05-10098 DPW** ... COURT
... OF MASS

| | |
|---|---|
| **DIRECTV, INC.** | ) |
|       **Plaintiff** | ) |
| **v.** | ) |
| | ) |
| | ) |
| **ROBERTO PEREZ** | ) |
|       **Defendant** | ) |
| | ) |

## DEFENDANT'S CERTIFICATE OF COMPLIANCE UNDER LOCAL RULE 7.1

I, Raymond Sayeg, attorney for the Defendant Roberto Perez, hereby certify that as required under Local Rule 7.1, I have attempted to confer with John M. McLaughlin, Esq., counsel for the Plaintiff, DIRECTV, on several occasions. Although Mr. McLaughlin is always courteous and professional, we have been unable to resolve the issue of Service of Process, despite my repeated requests. My most recent request was on May 12, 2005, when I requested a resolution to the issue of Default, and followed my telephone voicemail of May 10, 2005. As of this date, Attorney McLaughlin has not responded to Mr. Perez's request.

Respectfully submitted,
ROBERTO PEREZ
by his attorney,

Raymond Sayeg (BBO#555437)
DENNER O'MALLEY, LLP
Four Longfellow Place, 35th Floor
Boston, MA 02114
(617) 227-2800

DATED: May 17, 2005

## CERTIFICATE OF SERVICE

I, Raymond Sayeg, Esq. hereby certify that on this $17$ day of May, 2005, I served the foregoing Defendant, Roberto Perez's Certificate of Compliance Under Local Rule 7.1 upon Counsel for DIRECTV, John M. McLaughlin, Esq., Green Miles, Lipton, White & Fitzgibbon, 77 Pleasant Street, P.O. Box 210, Northampton, MA 01060.

_____
Raymond Sayeg