UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No.: 05-10098 DPW

| | |
|---|---|
| DIRECTV, INC.<br>　　　Plaintiff<br>v.<br><br>ROBERTO PEREZ<br>　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO ROBERTO PEREZ

The parties in the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed that the same be and hereby is dismissed with prejudice without costs against either party.

| | Respectfully Submitted, |
|---|---|
| **DIRECTV** | **ROBERTO PEREZ** |
| By It's Attorney, | By his attorney, |
| _____ | _____ |
| John M. McLaughlin, Its Member | Raymond Sayeg, BBO #555437 |
| Green Miles Lipton & Fitz-Gibbon | Denner O'Malley LLP |
| 77 Pleasant Street | Four Longfellow Place, 35th Floor |
| P.O. Box 210 | Boston, MA 02114 |
| Northampton, MA 01061 | (617) 742-1184 |
| (413) 586-0865 | |
| BBO#556328 | |
| | |
| DATED: July 22, 2005 | DATED: July 10, 2005 |

## CERTIFICATE OF SERVICE

    I, Raymond Sayeg, hereby certify that a true and exact copy of the foregoing document was served upon Plaintiffs' counsel, John M. McLaughlin, Green Miles Lipton & Fitz-Gibbon, 77 Pleasant Street, P.O. Box 210, Northampton, MA 01061, this 20th day of July, 2005, by first class mail, postage prepaid.

                                                                                               Raymond Sayeg